| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gardner, James. Knoll | 2. Court or Organization<br><br>Eastern District of PA | 3. Date of Report<br><br>07/13/2007 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b.  ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Edward N. Cahn U.S. Courthouse<br>504 W. Hamilton Street, #4701<br>Allentown, PA 18101 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.   Officer, Director | Allentown Symphony Association |
| 2.   Director | Boys and Girls Club of Allentown, Inc. |
| 3.   Director | Police Athetic League, Inc. |
| 4.   Custodian | Brokerage Account #3: UPIA/UGMA |
| 5.   General Partner (passive investment in Subchapter "S" Corporation) | 1/6 share of Rental Property #1 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 2002 | State Employees Pension Fund; retirement pension for former judicial position, includes medical insurance and long-term care benefits, no control |
| 2. | |
| 3. | |

RECEIVED 2007 JUL 18 A 11: 25 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2002 | State Employees Pension Fund reported in Part II (fixed benefits from a vested pension plan) | $ 67,455.60 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | self-employed realtor |
| 2. 2006 | self-employed piano teacher |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. The New York Intellectual Property Law Association (NYIPLA) | March 24-25, New York, NY--84th Annual Dinner in Honor of the Federal Judiciary (Transportation, Food and Hotel) |
| 2. | |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James. Knoll | 07/13/2007 |

5.

THIS PAGE INTENTIONALLY LEFT BLANK.

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James. Knoll | 07/13/2007 |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 07/13/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Johnson Capital | 1/6 share Mortgage on Rental Property #1, Torrence, California (Pt. VII, line 1) | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | | | |
|---|---|---|---|
| Name of Person Reporting | | Date of Report | |
| Gardner, James, Knoll | | 07/13/2007 | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Torrence, California (1997 $533,333) | E | Rent | O | Q | | | | | |
| 2. ▬▬▬▬▬ Williamsburg, Virginia (1999 $18,700) | C | Rent | K | R | | | | | |
| 3. Sovereign Bank Accounts | B | Interest | K | T | | | | | |
| 4. IRA #1 (Evergreen Foundation Fund Class B) | A | Dividend | J | T | | | | | |
| 5. Brokerage Account #1: | | | | | | | | | |
| 6. CITIBANK N.A. Bank Deposit Program | A | Interest | J | T | | | | | |
| 7. Disney - Common Stock - See Part VIII | | | | | Part Sale | 1/17 | J | A | N/A |
| 8. SB Fundamental Value Fund Class A - Mutual Fund | | None | | | Sell | 1/17 | J | | N/A |
| 9. Altoona City Authority Water Revenue Bond | A | Interest | K | T | | | | | |
| 10. Ford Motor Company - Bond | A | Interest | J | T | | | | | |
| 11. LMP* Appreciation Fund Class A - Mutual Fund - See Part VIII | B | Dividend | J | T | | | | | |
| 12. Calamos Convertible & High Income Fund - Closed End Fund | B | Dividend | J | T | | | | | |
| 13. Amcore Bank, N.A. - IL - Certificate of Deposit | A | Interest | | | Redeem | 5/26 | J | | N/A |
| 14. Anchorbank, F.S.B. - WI - Certificate of Deposit | A | Interest | | | Redeem | 11/28 | J | | N/A |
| 15. Amgen, Inc. - Common Stock | | None | J | T | | | | | |
| 16. 3M Company - Common Stock | | None | | | Sell | 8/3 | J | | N/A |
| 17. Wells Fargo & Company - Common Stock | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

*LMP = Legg Mason Partners

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Calamos Strategic Total Return Fund - Closed End Fund | B | Dividend | J | T | | | | | |
| 19. Liberty All Star Equity Fund - Closed End Fund | A | Dividend | | | Sell | 5/25 | J | | N/A |
| 20. LMP* Cap. and Inc. Fund Class B - Mut. Fund - See Part VIII | A | Dividend | | | Sell | 10/12 | J | B | N/A |
| 21. Luzerne County PA Water Revenue Bond | A | Interest | J | T | | | | | |
| 22. Microsoft Corporation - Common Stock - See Part VIII | A | Dividend | J | T | | | | | |
| 23. Chevron Corporation - Common Stock | A | None | | | Sell | 4/11 | J | | N/A |
| 24. Safra National Bank - NY - Certificate of Deposit | A | Interest | J | T | | | | | |
| 25. Macquarie Global Fund - Closed End Fund | A | Dividend | | | Buy | 1/17 | J | | N/A |
| 26. | | | | | Sell | 10/31 | J | A | N/A |
| 27. Schering Plough Corp. - Preferred Stock | A | Dividend | J | T | Buy | 1/17 | J | | N/A |
| 28. Washington Mutual Bank-NV - Certificate of Deposit | | None | K | T | Buy | 5/25 | K | | N/A |
| 29. Doral Bank-PR - Certificate of Deposit | A | Interest | K | T | Buy | 5/25 | K | | N/A |
| 30. BT Group PLC - Common Stock | A | Dividend | J | T | Buy | 8/3 | J | | N/A |
| 31. LMP* Capital and Income Fund - Closed End Fund | A | Dividend | J | T | Buy | 10/12 | J | | N/A |
| 32. Western Union - Common Stock | A | Dividend | J | T | Buy | 10/31 | J | | N/A |
| 33. Federal Home Loan Bank - Government Bond | | None | J | T | Buy | 12/4 | J | | N/A |
| 34. Brokerage Account #2 (Custodial Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

*LMP = Legg Mason Partners

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James , Knoll | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| #1) See Part VIII | | | | | | | | | |
| 35. Brokerage Account #3 (Custodial Account #2): | | | | | | | | | |
| 36. CITIBANK N.A. - Bank Deposit Program | A | Interest | K | T | | | | | |
| 37. Amcore Bank, N.A. - IL - Certificate of Deposit | A | Interest | | | Redeem | 11/24 | J | A | N/A |
| 38. Millennium Bank, N.A. - VA - Certificate of Deposit | A | Interest | | | Redeem | 5/29 | K | A | N/A |
| 39. Lehman Brothers Bank, FSB - DE - Certificate of Deposit | A | Interest | | | Redeem | 9/25 | J | A | N/A |
| 40. BMW Bank of North America -UT - Certificate of Deposit | A | Interest | | | Buy | 5/25 | K | | N/A |
| 41. | | | | | Redeem | 7/31 | K | A | N/A |
| 42. Sterling Savings Bank-WA - Certificate of Deposit | | None | J | T | Buy | 12/4 | J | | N/A |
| 43. Brokerage Account #4: | | | | | | | | | |
| 44. General Electric Corporation - Common Stock | A | Dividend | J | T | | | | | |
| 45. Johnson & Johnson - Common Stock | A | Dividend | J | T | | | | | |
| 46. LMP* Appreciation Fund Class B - Mutual Fund - See Part VIII | A | Dividend | J | T | | | | | |
| 47. LMP* Cap. and Inc. Fund Class B - Mut. Fund - See Part VIII | A | Dividend | J | T | | | | | |
| 48. End of Brokerage Account #4 | | | | | | | | | |
| 49. ▓▓▓▓▓▓Williamsburg, Virginia (2002 $19,900) | C | Rent | K | R | | | | | |
| 50. IRA #2 (Legg Mason): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

*LMP = Legg Mason Partners

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. Legg Mason Special Investment Trust - Mutual Fund | C | Dividend | K | T | | | | | |
| 52. Royce Total Return Fund Consultant - Mutual Fund | A | Dividend | J | T | | | | | |
| 53. Van Kampen Equity & Income Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 54. Putnam Mid Cap Value Fund Class C - Mutual Fund | B | Dividend | K | T | | | | | |
| 55. Growth Fund of America - Class C - Mutual Fund | A | Dividend | K | T | Buy | 3/28 | J | | N/A |
| 56. Legg Mason Value Trust - Mutual Fund | | None | J | T | | | | | |
| 57. American High Income Fund Exchange Class C - Mutual Fund | A | Dividend | | | Part Sell | 3/27 | J | A | N/a |
| 58. | | | | | Sell | 3/28 | J | A | N/A |
| 59. American Balanced Fund Inc. Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 60. Legg Mason Opportunity Trust - Mutual Fund | A | Dividend | J | T | | | | | |
| 61. Oppenheimer Developing Markets Fund Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 62. Lincoln National Life Insurance Co - Annuity | | None | L | T | | | | | |
| 63. Zebra Technologies Corporation Class A - Common Stock | | None | J | T | | | | | |
| 64. Capital World Growth & Income Fund Class C - Mutual Fund | A | Dividend | K | T | Buy | 3/27 | J | | N/A |
| 65. | | | | | Buy | 3/28 | J | | N/A |
| 66. Lord Abbett America's Value Fund Class C - Mutual Fund* | A | Dividend | J | T | | | | | |
| 67. Government National Mortgage Association | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

*See Part VIII

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Class JB - Bond | | | | | | | | | |
| 68. CITIBANK N.A. Bank Deposit Program - See Part VIII | A | Interest | J | T | | | | | |
| 69. American Chartered Bank-IL - Certificate of Deposit | A | Interest | | | Buy | 3/27 | J | | N/A |
| 70. | | | | | Redeem | 10/6 | J | A | N/A |
| 71. End of IRA #2 | | | | | | | | | |
| 72. New York Life Whole Life | A | Dividend | L | T | | | | | |
| 73. Brokerage Account #5: | | | | | | | | | |
| 74. Alliance Bernstein Bond Fund - Class A* | A | Dividend | J | T | Buy | 6/5 | J | | N/A |
| 75. Alliance Growth Income - Class A* | A | Dividend | J | T | Buy | 6/5 | J | | N/A |
| 76. Alliance Bernstein Small-Cap Growth Fund - Class A* | | None | J | T | Buy | 6/5 | J | | N/A |
| 77. Alliance Growth Fund - Class A* | | None | J | T | Buy | 6/5 | J | | N/A |
| 78. Alliance Bernstein International Growth Fund - Class A* | A | Dividend | J | T | Buy | 6/5 | J | | N/A |
| 79. Alliance Bernstein Small/Mid Cap Value Fund - Class A* | A | Dividend | J | T | Buy | 6/5 | J | | N/A |
| 80. KNBT Bank Accounts | A | Interest | N | T | | | | | |
| 81. Rental Property #2, Lehigh Valley, PA (2006 $250,000) | A | Rent | M | R | Buy | 9/14 | M | | N/A |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

*Mutual Fund

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Re Part VII, Line 7:  As a result of the sale on January 17, 2006 of a portion of the Disney common stock in Brokerage Account #1, the remaining shares generated less than ▇▇▇▇ in dividends in 2006 and had a fair market value of less than ▇▇▇▇ at the end of the 2006 reporting period.  Therefore, columns B and C are left blank.

2. Re Part VII, Line 11:  On April 1, 2006, SB Appreciation Fund Class A (reported in Part VII, Line 11 of the 2005 Financial Disclosure Report) changed its name to Legg Mason Partners Appreciation Fund Class A (reported in Part VII, Line 11 of the within 2006 Financial Disclosure Report).

3. Re Part VII, Line 20:  On April 1, 2006, SB Capital and Income Fund Class B (reported in Part VII, Line 23 of the 2005 Financial Disclosure Report) changed its name to Legg Mason Partners Capital & Income Fund Class B (reported in Part VII, Line 20 of the within 2006 Financial Disclosure Report), prior to being sold on October 12, 2006.

4. Re Part VII, Line 34:  Brokerage Account #2 (Custodial Account #1) does not qualify for reporting this period because the account owner is over age 21 and is not a ▇▇▇▇ of the reporting person within the meaning of the Internal Revenue Code of 1986 (26 U.S.C. §152), and therefore is not a ▇▇▇▇ as defined in section 102(e)(2) of the Ethics in Government Act of 1978, as amended, 5 U.S.C. §102(e)(2).  Moreover, as reported in Part VII, line 37 of the 2004 Financial Disclosure Report, and in Part VIII, paragraph 2 of the 2004 Financial Disclosure Report, Brokerage Account #2 was redeemed on May 20, 2004 and no longer exists.

5. Re Part VII, Line 46:  On April 1, 2006, SB Appreciation Fund Class B (reported in Part VII, Line 46 of the 2005 Financial Disclosure Report) changed its name to Legg Mason Partners Appreciation Fund Class B (reported in Part VII, Line 46 of the within 2006 Financial Disclosure Report).

6. Re Part VII, Line 47:  On April 1, 2006, SB Capital and Income Fund Class B (reported in Part VII, Line 48 of the 2005 Financial Disclosure Report) changed its name to Legg Mason Partners Capital and Income Fund Class B (reported in Part VII, Line 47 of the within 2006 Financial Disclosure Report).

7. Re Part VII, Line 66:  On February 21, 2006 Lord Abbett Research Fund Inc. Class C (reported in Part VII, Line 72 of the 2005 Financial Disclosure Report) changed its name to Lord Abbett America's Value Fund Class C (reported in Part VII, Line 66 of the within 2006 Financial Disclosure Report).

8. Re Part VII, Line 68:  On February 21, 2006 Legg Mason Cash Account-2005 (reported in Part VII, Line 76 of the 2005 Financial Disclosure Report) changed its name to CITIBANK N.A. Bank Deposit Program (reported in Part VII, Line 68 of the within 2006 Financial Disclosure Report).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign

Date    July 13, 2007

NOTE                                                    R FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND                                                     

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544